**DISMISS and Opinion Filed May 5, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-21-01020-CV**
_____

**IN RE: THE ESTATE OF CURTIS MCCARTY**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03946-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss the appeal because he no longer wishes to prosecute it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

211020F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN RE: THE ESTATE OF CURTIS
MCCARTY

No. 05-21-01020-CV

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-21-03946-
C.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 5, 2022